**FILED**

JUN 25 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CAUSE NO. 1:25-cr-131-JRS-MG |
| KENDRICK DARNELL SUTTON II, and DEMARIUS TAYLOR, | ) ) ) | -01 -02 |
| Defendants. | ) ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
Possession of Ammunition by a Felon
18 U.S.C. § 922(g)(1)

On or about May 19, 2025, in the Southern District of Indiana, the defendant,

KENDRICK DARNELL SUTTON II, knowing that he had been convicted of a crime punishable

by imprisonment for a term exceeding one year, to wit: Felony Battery by Means of a Deadly

Weapon in Marion County, Indiana on or about July 6, 2023; did knowingly possess ammunition

in or affecting interstate or foreign commerce, that is, a 7.62x39, UPC bar code 7.62x39 HP,

Made in Russia ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2
Brandish a Firearm During and in Relation to a Drug Trafficking Crime
18 U.S.C. § 924(c)

On or about May 22, 2025, in the Southern District of Indiana, the defendant,

KENDRICK DARNELL SUTTON II, did knowingly brandish, carry, and use a firearm, that is,

a DPMS AR pistol, during and in relation to a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is, distribution of marijuana in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 3
Possession of a Machine Gun
18 U.S.C. § 922(o)

On or about May 30, 2025, in the Southern District of Indiana, the defendant, KENDRICK DARNELL SUTTON II, did knowingly possess a machinegun, that is, a Glock switch, in violation of Title 18, United States Code, Sections 922(o).

### COUNT 4
Possession of Firearms by a Felon
18 U.S.C. § 922(g)(1)

On or about June 4, 2025, in the Southern District of Indiana, the defendant, KENDRICK DARNELL SUTTON II, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:  Felony Battery by Means of a Deadly Weapon in Marion County, Indiana on or about July 6, 2023; did knowingly possess a firearm in or affecting interstate or foreign commerce, that is, a Glock .40 caliber firearm and/or a German Sports Gun .22 caliber rifle, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 5
Firearms Trafficking
18 U.S.C. § 933(a)(1)

On or about May 21, 2025, in the Southern District of Indiana, the defendant, DEMARIUS TAYLOR, did transfer a firearm, to wit: DPMS AR pistol to Kendrick Sutton in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by Kendrick Sutton would constitute a felony, or did attempt or conspire to do so, in violation of Title 18, United States Code, Section 933(a)(1).

## **FORFEITURE**

1.      The allegations contained in Counts 1-5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), the defendant, KENDRICK DARNELL SUTTON II and DEMARIUS TAYLOR shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms, and ammunition involved in the commission of the offense, including, but not limited to:

a. a Glock .40 caliber firearm;

b. a German Sports Gun .22 caliber rifle

c. All ammunition recovered with the firearms.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Pamela S. Domash
Assistant United States Attorney
MPB